**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
STEPHANIE SMITH,

                  Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                  Defendant.
-----------------------------------------------------------X

19 **CIVIL** 5952 (VSB) (BCM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 13, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         February 14, 2020

                                               **RUBY J. KRAJICK**
                                                 **Clerk of Court**
                                  BY:

                                                      **Deputy Clerk**

                                               THIS DOCUMENT WAS ENTERED
                                               ON THE DOCKET ON